

Entered on Docket
April 29, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**BRIAN D. SHAPIRO**
Trustee in Bankruptcy
411 E. Bonneville Ave., Suite 300
Las Vegas, NV 89101
(702) 386-8600 Fax (702) 383-0994
trusteeshapiro@brianshapirolaw.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re:<br><br>IRIS ANN SOOP<br><br>Debtor(s). | Chapter 7<br>Case No. 11-11457-LBR<br><br>**ORDER DENYING DISCHARGE AND GRANTING DISGORGEMENT OF ATTORNEY FEES AND COSTS**<br><br>Hearing Date: April 21, 2011<br>Hearing Time: 11:00 a.m. |
|---|---|

Brian D. Shapiro, Trustee filed a motion to object to discharge of debtor and request to disgorge attorney fees and costs. The motion having come on regularly for hearing on the above date and time, before the United States Bankruptcy Court, District of Nevada, Brian D. Shapiro, Trustee appearing and no other party having appeared. The Court having reviewed the motion, finding that service of the motion and notice was proper, no opposition having been filed, good cause appearing, therefore, it is hereby:

ORDERED that no discharge will be entered, and the discharge is denied. It is further

ORDERED that Jonathan B. Goldsmith, Esq. shall disgorge attorney fees and costs in the amount of $1,500.00 which shall be paid as follows:

A) $1,000.00 payable directly to the Debtor on or before May 21, 2011

B) $500.00 payable directly to the Bankruptcy Trustee on or before May 21, 2011. It is further

ORDERED that upon disgorgement counsel for Debtor shall file a proof of payment with the court.

SUBMITTED BY:

_____
BRIAN D. SHAPIRO, TRUSTEE

### ALTERNATIVE METHOD Re: RULE 9021

In accordance with LR 9021, counsel submitting this document certifies as follows:

_____ The court has waived the requirement of approval under LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

__X__ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

_____
Brian D. Shapiro, Trustee

###